FILED US District Court-UT
MAY 25 '22 PM01:30

TRINA A. HIGGINS, United States Attorney (7349)
BRADY WILSON, Assistant United States Attorney (17350)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4265
brady.wilson@usdoj.gov

SEALED

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES EDWARD WELLS, ZACHARY DON PEARSON, and DANIEL LEE CRAVER,<br><br>Defendants.<br><br>Case: 4:22-cr-00054<br>Assigned To : Nuffer, David<br>Assign. Date : 5/24/2022 | INDICTMENT<br><br>COUNT I: 21 U.S.C. § 841(a)(1), Possession of Fentanyl with Intent to Distribute ( >400 grams)<br><br>Count II: 21 U.S.C. § 841(a)(1), Possession of Methamphetamine with Intent to Distribute ( >500 grams);<br><br>COUNT III: 18 U.S.C. § 924(c)(1)(A), Carrying a Firearm During and in Relation to a Drug Trafficking Crime. |

The Grand Jury charges:

COUNT I
21 U.S.C. § 841(a)(1)
(Possession of Fentanyl with Intent to Distribute)

On or about March 29, 2022, in the District of Utah,

**JAMES EDWARD WELLS,**
**ZACHARY DON PEARSON**, and
**DANIEL LEE CRAVER**,

defendants herein, did knowingly and intentionally possess with intent to distribute four

hundred (400) grams or more of a mixture or substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide ("Fentanyl"), a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, and did aid and abet therein; all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

COUNT II
21 U.S.C. § 841(a)(1)
(Possession of Methamphetamine with Intent to Distribute)

On or about March 29, 2022, in the District of Utah,

**JAMES EDWARD WELLS,**
**ZACHARY DON PEARSON**, and
**DANIEL LEE CRAVER,**

defendants herein, did knowingly and intentionally possess with intent to distribute five hundred (500) grams or more of a mixture or substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, and did aid and abet therein; all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

COUNT III
18 U.S.C. § 924(c)(1)(A)
(Carrying a Firearm During and in Relation to a Drug Trafficking Crime)

On or about March 29, 2022, in the District of Utah,

**JAMES EDWARD WELLS,**
**ZACHARY DON PEARSON**, and
**DANIEL LEE CRAVER,**

defendants herein, did knowingly carry a firearm during and in relation to a drug trafficking crime, to wit: possession of fentanyl with intent to distribute, a violation of 21

U.S.C. § 841(a)(1), as alleged in Count I of this Indictment, which count is incorporated by reference herein, and did aid and abet therein; all in violation of 18 U.S.C. §§ 924(c)(1)(A) and 2.

**NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE**

Pursuant to 21 U.S.C. § 853, upon conviction of any offense in violation of 21 U.S.C. § 841, the defendants shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations including, but not limited to:

- $1689 United States Currency

A TRUE BILL:

/s/

FOREPERSON OF THE GRAND JURY

TRINA A. HIGGINS
United States Attorney

BRADY WILSON
Assistant United States Attorney